# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 19, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

149020-2

In re ROSA LOUISE PARKS TRUST.
_____

ROSA AND RAYMOND PARKS INSTITUTE
FOR SELF-DEVELOPMENT and ELAINE
STEELE,
　　　　　Petitioners-Appellants,

v

JOHN M. CHASE, JR. and MELVIN D.
JEFFERSON,
　　　　　Respondents-Appellees,

and

FREDDIE G. BURTON, JR.,
　　　　　Appellee.
_____/

SC: 149020
COA: 310948
Wayne PC:  2006-707697-TV

In re ROSA LOUISE PARKS TRUST.
_____

ROSA AND RAYMOND PARKS INSTITUTE
FOR SELF-DEVELOPMENT and ELAINE
STEELE,
　　　　　Appellants,

v

JOHN M. CHASE, JR. and MELVIN D.
JEFFERSON,
　　　　　Appellees.
_____/

SC: 149021
COA: 311647
Wayne PC:  2006-707697-TV

In re ROSA LOUISE PARKS TRUST.

_____

JOHN M. CHASE, JR. and MELVIN D.
JEFFERSON,
       Appellees,

v

ROSA AND RAYMOND PARKS INSTITUTE
FOR SELF-DEVELOPMENT and ELAINE
STEELE,
       Appellants.

_____/

SC: 149022
COA: 312822
Wayne PC: 2006-707697-TV

On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 19, 2014



                Clerk

d0916